AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
APR - 3 2008

UNITED STATES OF AMERICA

V.

Juan Mendoza Lopez
aka Rogelio Mendoza-Villanueva

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1039 DMS

I, __Juan Mendoza Lopez__, the above named defendant, who is accused of __violation of 8 USC 1326(a) and (b)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/3/08__ prosecution by indictment and consent that the pro-
_Date_
ceeding may be by information rather than by indictment.

__Juan Mendoza Lopez__
_Defendant_

_Counsel for Defendant_

Before __[signature]__
_Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd